**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

CASE No.: 6:20-cv-02276-GAP-DCI

MICHELLE STRICKLAND,

    Plaintiff,

vs.

RCC NEW SMYRNA BEACH
SHOPPING CENTER, LLC
and MCKENNAS PLACE
NSB, INC., d/b/a MCKENNA'S PLACE

    Defendants.
_____/

## NOTICE OF SETTLEMENT

Plaintiff MICHELLE STRICKLAND, by and through her undersigned counsel, hereby files this Notice of Settlement, to advise the Court that Plaintiff has reached settlement of the claims in the above-styled action against Defendants, RCC NEW SMYRNA BEACH SHOPPING CENTER, LLC, and MCKENNAS PLACE NSB, INC., d/b/a MCKENNA'S PLACE. The Parties are in the process of finalizing formal settlement.

Respectfully submitted this 3rd day of February 2021.

  By: /s/Joe M. Quick, Esq.
     Joe M. Quick, Esq.
     Florida Bar No.: 0883794
     Law Offices of Joe M. Quick, P.A.
     *Counsel for Plaintiff*
     1224 S. Peninsula Drive #619
     Daytona Beach, Florida 32118
     Tel: (386) 212-3591
     E-mail: JMQuickesq@gmail.com

1

**CERTIFICATE OF SERVICE**

    I hereby certify that on this 3rd day of February 2021, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system.  I also certify that the aforementioned document is being served on all counsel of record, corporation, or pro se parties via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Filing.

        By: /s/Joe M. Quick, Esq.
        Joe M. Quick, Esq.
        Florida Bar No.: 0883794
        Attorney for Plaintiff
        Law Offices of Joe M. Quick, P.A.
        1224 S. Peninsula Drive #619
        Daytona Beach, Florida  32118
        Tel: (386) 212-3591
        E-mail: JMQuickesq@gmail.com